AO 91 (Rev. 11/11) Criminal Complaint                                AUSA Sherri L. Wong (312) 697-4069




UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER: **20 CR 412** |
|---|---|
| v. | UNDER SEAL |
| ERIC BLACKMAN | Magistrate Judge Jeffrey Cummings |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about August 10, 2019, at Oak Forest, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(a)(6) | by making a material false statement during the purchase of a firearm. |

This criminal complaint is based upon these facts:

   X   Continued on the attached sheet.

*Digitally signed by SA Robert Crecelius*
*Date: 2020.07.24 13:19:25 -05'00'*

ROBERT CRECELIUS
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: July 24, 2020

_____
Judge's signature

City and state: Chicago, Illinois                    JEFFREY I. CUMMINGS, U.S. Magistrate Judge
                                                      *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, ROBERT CRECELIUS, being duly sworn, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been since May of 2017. My duties include the investigation of violations of federal law including, but not limited to, federal firearms, explosives, and arson laws. During my time as a Special Agent with the ATF, I have assisted in investigations involving narcotics, narcotics distribution, firearms trafficking, and criminal gang activity. Prior to being assigned as a special agent with the ATF, I was a patrol officer with the Portage Police Department in Portage, Indiana, for approximately five years. During my tenure as a patrol officer, I participated in and initiated numerous misdemeanor and felony investigations into criminal violations. I was assigned to the Great Lakes Fugitive Task Force with the United States Marshals Service from 2014 to 2015, which conducts investigations regarding fugitive apprehension for serious felony crimes. I have participated in multiple drug-related investigations, arrests, and interviews and in investigations of violent and gang related crimes, including drug and firearms trafficking. Prior to my employment at the Portage Police Department, I was a patrol officer for the Valparaiso University Police Department in Valparaiso, Indiana.

2. This affidavit is submitted in support of a criminal complaint alleging that ERIC BLACKMAN has violated Title 18, United States Code, Section 922(a)(6).

3. The facts set forth in this affidavit are based on my personal knowledge, my training and experience, and information provided to me by various law enforcement personnel and witnesses. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging BLACKMAN with making a false statement that was material to the lawfulness of a firearm sale, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

## STATEMENT OF PROBABLE CAUSE

4. As explained in more detail below, ERIC BLACKMAN purchased a firearm for Individual KI on or about August 10, 2019. As set forth more fully below, when purchasing the firearm, BLACKMAN falsely stated that he was the actual buyer of the firearm when, in fact, BLACKMAN purchased the firearm for Individual KI. The firearm was subsequently recovered from Individual KI on or about December 30, 2019, after which law enforcement determined that it had been used in a shooting that occurred on the Southside of Chicago on or about December 22, 2019.

### A. August 10, 2019 Firearm Purchase

5. Based on my training and experience, I am aware that when individuals purchase a firearm from a federally licensed firearms dealer ("FFL"), they must complete an ATF Form 4473. One of the purposes of the ATF Form 4473 is to verify a would-be gun purchaser's identity. Another purpose of the Form 4473 is to conduct

2

a check on that gun purchaser's background. Law enforcement uses the Form 4473 to ensure that individuals who are not allowed to legally possess firearms are prevented from doing so and further to investigate the origins of a firearm when it is used in a serious offense. When completing the ATF Form 4473, the purchaser of a firearm must provide, among other information, his/her name, current address, birth date, and other biographical information. The purchaser must certify certain information about any prior criminal history. The purchaser must also certify that he/she is the actual buyer of the firearm. A "straw purchaser" is one who, when purchasing a firearm from a licensed FFL, falsely certifies on the ATF Form 4473 that he/she is the actual buyer of a firearm, when, in fact, the purchaser is buying a firearm on behalf of another person.

6. According to an ATF Form 4473, on or about July 31, 2019, BLACKMAN went to Gun Store A in Oak Forest, Illinois. There, BLACKMAN completed the ATF Form 4473 for the purchase of a Smith and Wesson SD9VE 9 millimeter semiautomatic pistol bearing serial number FZK3563. In section "11.a" of the ATF Form 4473, BLACKMAN swore under the penalty of perjury that he was the actual transferee/buyer of the firearm. On or about August 10, 2019, BLACKMAN returned to Gun Store A, recertified his prior answers on the ATF Form 4473, and purchased the Smith & Wesson firearm.

B. **Text Messages between BLACKMAN and Individual KI about a Firearms Purchase**

7. As set forth more fully below, on January 28, 2020, ATF agents obtained a cellular phone from BLACKMAN. On February 3, 2020, at the government's

3

request, Magistrate Judge Sunil Harjani issued a warrant to search the phone. Pursuant to the warrant, agents seized, among other items, text messages that BLACKMAN and Individual KI exchanged where the two discussed BLACKMAN's purchase of a firearm for Individual KI, the purchase referenced above and that was completed on August 10, 2019.[1] Some of those text messages are set forth below:

    a.    On or about July 12, 2019:

| Time of Text Message (CDT) | Speaker | Message |
|---|---|---|
| 6:57:11 a.m. | BLACKMAN | Ima see tho bro cuz my cousin talking about he want it [firearm] but give me your cash I'll go buy you one brand new *eyes emoji*[2] |
| 6:58:37 a.m. | Individual KI | Ight bet let me know if he don't and Yeahhh When? |
| 7:03:29 a.m.<br>7:03:43 a.m. | BLACKMAN | Today.<br>You work today? |
| 7:05:59 a.m. | Individual KI | Ight bet when you get off? *four 100 emojis* [$400 for a gun] |
| 7:06:15 a.m. | BLACKMAN | At 1 |
| 7:29:51 a.m. | Individual KI | Bet *100 emoji* The gun store towards the way you at now or towards the way ? |
| 7:32:04 a.m. | BLACKMAN | In the 100s |
| 7:32:18 a.m. | Individual KI | Is it gone be some good ones [firearms] for 400$ though? |

---

[1] The identification of BLACKMAN as the sender of the specific text message described below is based on the fact that BLACKMAN identified his phone number to agents during his interview with them, and the texts discussed below are shown as outgoing text messages. The identification of Individual KI as the recipient of BLACKMAN's text messages is based on the fact that the phone number for Individual KI in BLACKMAN's phone is listed as "K***** [the first name of Individual KI] and G******* [name of BLACKMAN and Individual KI's joint employer]." During the interview, BLACKMAN told agents that he and Individual KI worked at the same retail store together.

[2] At various points in the affidavit, I have included in brackets my interpretation of words and phrases used in the text messages. I base my interpretations on the content and context of the text messages, my knowledge of the investigation as a whole, my experience and training, and the experience and training of other law enforcement agents in this investigation.

4

| 7:32:34 a.m. |  | ???? |
| 7:33:15 a.m. | BLACKMAN | N**** guns is guns but yeah you can get some for $400 |
| 7:35:02 a.m. | Individual KI | Facts *100 emoji* and Ight bet |
| 7:35:55 a.m. | BLACKMAN | Yep |

b.  Further, on or about July 12, 2019:

| Time of Text Message (CDT) | Speaker | Message |
| --- | --- | --- |
| 4:06:28 p.m. | Individual KI | Lemme know when you on yo way my boy so I can be ready and shit |
| 4:06:53 p.m. | BLACKMAN | Ok I got you |

c.  On or about July 25, 2019:

| Time of Text Message (CDT) | Speaker | Message |
| --- | --- | --- |
| 11:04:42 a.m. | Individual KI | I was still tryna buy that Tomorrow you still got me ? |
| 11:05:09 a.m. | BLACKMAN | Yeah I got you |
| 11:07:39 a.m. | Individual KI | Bet *100 emoji* you get off early? I was gone say if you wanted Too I could just give you the bread [money] and you can grab it [firearm] I know you know what's good and whats not anyway so but if not we can wait until we both off |
| 11:08:22 a.m. | BLACKMAN | Ok cool how much you tryna spend |
| 11:08:46 a.m. | Individual KI | 4 [$400] |
| 11:09:26 a.m. | BLACKMAN | Ok cool just let me know |
| 11:09:52 a.m. | Individual KI | Ight ima htl tomorrow |
| 11:10:08 a.m. | BLACKMAN | Ok you work tomorrow |
| 11:10:44 a.m. | Individual KI | Yeah 1 to 9 can bring that too you at the job before I go in |
| 11:10:59 a.m. 11:11:17 a.m. | BLACKMAN | Ok cool You just want something nice right |
| 11:11:39 a.m. 11:12:06 a.m. | Individual KI | Yeah fasho *insert 100 emoji* Nun too little tho |
| 11:13:13 a.m. | BLACKMAN | Yeah I know that but I got you if it's something I like and it cost a lil more cash I'll let you know |

5

| 11:13:33 a.m. | Individual KI | Ight cool *100 emoji* |

d. On or about July 26, 2019:

| Time of Text Message (CDT) | Speaker | Message |
|---|---|---|
| 8:47:58 p.m. | Individual KI | What you grab? |

e. On or about July 27, 2019:

| Time of Text Message (CDT) | Speaker | Message |
|---|---|---|
| 9:21:29 p.m. | Individual KI | Wtw [what's the word] |
| 9:27:03 p.m. | BLACKMAN | Shit just chilling bro I didn't slide up there [gun store] today cuz I was tired hopefully tomorrow if not Monday |
| 9:32:27 p.m. | Individual KI | I'm Tryna handle this ASAP why not toma ? |
| 9:34:42 p.m. | BLACKMAN | I gotta see if they open cuz toma Sunday |

f. On or about July 29, 2019:

| Time of Text Message (CDT) | Speaker | Message |
|---|---|---|
| 11:16:57 a.m. | Individual KI | You sliding today right? |
| 11:22:32 a.m. | BLACKMAN | Naw I'm waiting to do it Wednesday cuz my auntie giving me her money for one also so ima get both together instead buyihng one one day then coming back a few hours later to buy another one that'll look suspicious |

g. On or about July 31, 2019 [the day BLACKMAN filled out the Form 4473]:

| Time of Text Message (CDT) | Speaker | Message |
|---|---|---|
| 10:53:53 A.M. | Individual KI | Wtw? Wya? [where you at] |
| 10:56:52 A.M. | BLACKMAN | At the crib I'm going up there [gun store] Today |

6

| 10:58:17 a.m. | Individual KI | I'm knowing I'm tryna slid wit you |
| 10:59:49 a.m. | BLACKMAN | Ight |
| 11:12:02 a.m. | Individual KI | What time you was tryna go? |
| 11:12:27 a.m. | BLACKMAN | I'm not sure yet ima let you know |

h. On or about August 10, 2019 [the day BLACKMAN picked up the gun from Gun Store A]:

| Time of Text Message (CDT) | Speaker | Message |
| --- | --- | --- |
| 1:53:18 p.m. | Individual KI | What time you slidin ? |
| 1:59:33 p.m. | BLACKMAN | I'm at the redline now |
| 2:37:07 p.m. | Individual KI | Aww ight bet I was gone slide with you cuz I'm off early today well 5 |
| 2:37:34 p.m. | BLACKMAN | You off today |
| 3:10:22 p.m. | Individual KI | Nah I had a opening shift today |
| 3:10:43 p.m. | BLACKMAN | I get off at 5 it thought you was gone slid around that time or sum like that |
| 3:11:01 p.m. | Individual KL | Just htl my boy |
| 3:11:28 p.m. | BLACKMAN | Ok I got you bro |
| 5:10:30 p.m. | Individual KI | Don't forget the clip |
| 5:11:10 p.m. | BLACKMAN | Ok |

### C. The December 30, 2019 Recovery of the Smith & Wesson Purchased by BLACKMAN on August 10, 2019

8. According to CPD reports, on or about December 30, 2019, Individual KI was arrested on the 6900 block of South Western Avenue in Chicago. During the stop, law enforcement recovered the Smith & Wesson pistol purchased by BLACKMAN from Individual KI's person.[3] Individual KI was charged with the aggravated

---

[3] At the time of the recovery, the pistol had an obliterated serial number. Law enforcement later restored the serial number of the Smith & Wesson pistol and determined that the Smith & Wesson firearm bore serial number FZK3563.

unlawful use of a firearm in the Circuit Court of Cook County, Illinois. According to court records, Individual KI pled guilty and was sentenced to two years' probation.

**D.  January 28, 2020 interview of Blackman**

9. On or about January 28, 2020, another agent and I interviewed BLACKMAN at his place of employment on the 100 block of North Michigan Avenue in Chicago. At the outset of the interview, we advised BLACKMAN that he was not under arrest and that he did not have to speak with us. BLACKMAN indicated that he understood, and he agreed voluntarily to speak with us. This interview was audio-recorded.

10. BLACKMAN advised us that he had purchased three firearms in 2019, with the most recent purchase occurring approximately four months earlier (in August 2019).

11. Specifically, BLACKMAN told us that he had purchased a subcompact 9 millimeter Smith & Wesson pistol. BLACKMAN said that he purchased the Smith & Wesson for approximately $400 from an FFL dealer located in Oak Forest. We showed BLACKMAN a copy of the ATF Form 4473 related to the August 10, 2019 transfer of the Smith & Wesson pistol. BLACKMAN recognized the form, confirming his handwriting and signature on the form.

12. When asked about the location of this firearm, BLACKMAN stated that it was at the residence of Individual KI. BLACKMAN told us that he and Individual KI had been friends for approximately one year and that they worked together. BLACKMAN explained that Individual KI accompanied BLACKMAN to the FFL

dealer in Oak Forest on July 31, 2019 to purchase the 9 millimeter Smith & Wesson pistol. BLACKMAN claimed that Individual KI was with him when BLACKMAN purchased the pistol. According to BLACKMAN, Individual KI accompanied him to the store so that Individual KI could go shooting at the range that was part of the gun store. Individual KI needed BLACKMAN because Individual KI was not able to obtain a Firearms Owner's Identification card and because Individual KI was under 21. BLACKMAN identified a photograph of Individual KI as the same person who accompanied him to purchase the firearm.

13. BLACKMAN stated that on August 10, 2019, he returned to the gun store and retrieved the Smith & Wesson. BLACKMAN stated that he also purchased a box of 20 9 millimeter rounds of ammunition at the same time. When the firearm was transferred to him, BLACKMAN stated he was accompanied by his friend "Pellum." After the sale, they both went to Individual KI's residence.

14. BLACKMAN stated that the same day that he obtained the Smith & Wesson firearm, he left it on Individual KI's bed at Individual KI's residence located in the Englewood neighborhood of Chicago, Illinois. BLACKMAN did not recall Individual KI's exact address but stated that Individual KI resided on Laflin Street near 60th Street. BLACKMAN further stated that he had been living with Individual KI at that time and that he had transferred the gun to Individual KI for "safe-keeping."[4] When asked, BLACKMAN stated that he believed that the Smith &

---

[4] On the ATF Form 4473 for the purchase of the Smith & Wesson, BLACKMAN certified, on both July 31, 2019 and August 10, 2019, that he resided at a location on the 6900 block of South Aberdeen in Chicago.

9

Wesson firearm remained at Individual KI's residence and that Individual KI should be able to give the firearm to law enforcement.

15. BLACKMAN admitted that he knew that Individual KI did not have a FOID card. BLACKMAN explained that, as Individual KI was under 21 years of age, he (BLACKMAN) believed that it was unlawful for Individual KI to possess the firearm. BLACKMAN stated that he believed that no one under 21 years of age could obtain a FOID card in Illinois. However, BLACKMAN explained that Individual KI was responsible and would keep the gun safe for him (BLACKMAN). BLACKMAN stated that he last spoke to Individual KI approximately three months ago and that BLACKMAN had not seen the Smith & Wesson firearm during those three months.

16. When confronted by law enforcement with the validity of his account and whether the Smith & Wesson 9 millimeter firearm remained at Individual KI's residence, BLACKMAN agreed that he lied to law enforcement and confirmed that law enforcement would not be able to recover the firearm because Individual KI had been arrested with it. BLACKMAN further confirmed that when he left the firearm at Individual KI's residence, Individual KI watched where BLACKMAN placed it.

17. At the conclusion of the interview, BLACKMAN initially agreed to allow us to review his cell phone, but later stated that he did not consent to us searching his phone. We informed BLACKMAN that we intended to seek a warrant to search his phone, and BLACKMAN stated that he understood. BLACKMAN provided his phone to us and his passcode to unlock it.

### E. December 22, 2019 shooting

18. According to CPD reports, on or about December 22, 2019, a shooting occurred at a single-family residence on the 5700 block of South May Street in Chicago, Illinois, located in the Englewood neighborhood on the south side of Chicago. As a result of the shooting, approximately 13 individuals suffered non-fatal, gunshot injuries. According to information gathered by law enforcement from persons present and recounted in CPD reports, the event at the residence was a memorial party for Individual A who died during an incident where Individual A allegedly attempted to carjack a citizen.

19. According to CPD reports, at some point during the memorial event, an altercation between several individuals occurred. That altercation culminated in the shooting. CPD officers responded and conducted numerous interviews of witnesses and victims, including Individual KI and Individual KJ. CPD recovered numerous items of evidence, including approximately 31 expended cartridge cases from inside the residence. On or about January 18, 2020, Individual KJ was charged with attempted first degree murder in the Circuit Court of Cook County arising from the events of December 22, 2019.

20. Additionally, on or about January 7, 2020, a preliminary ballistics comparison revealed a "high confidence correlation" between the Smith & Wesson firearm recovered from Individual KI and purchased by BLACKMAN and 13 9 millimeter expended cartridge cases recovered from the scene of the shooting at the residence on the 5700 block of South May Street on December 22, 2019.

## CONCLUSION

21. For all the reasons described above, there is probable cause to believe that BLACKMAN has committed a violation of Title 18, United States Code, Section 922(a)(6).

FURTHER AFFIANT SAYETH NOT.

*Robt S. Crecelius*
Digitally signed by SA Robert Crecelius
Date: 2020.07.24 13:19:44 -05'00'

ROBERT CRECELIUS
Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1. This warrant is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone before me this 24th day of July, 2020

Honorable JEFFREY I. CUMMINGS
United States Magistrate Judge